AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No.   18-ml-873
Information Associated with the e-mail accounts portaco.sofia@gmail.com, )
sofianelrynck@gmail.com, belfortltd@gmail, ecodsm@gmail.com, sabeta03250@gmail.com, )
bernard.alain85@gmail.com, gerd.moyson@gmail.com, and debouwer2014@gmail.com that is )
stored at premises controlled by Google LLC )

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____California_____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, hereby incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, hereby incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____December 27, 2018_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Robin M. Meriweather, United States Magistrate Judge   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   12/13/2018 3:40 pm   _____
                                             Judge's signature

City and state:   Washington, D.C.           Robin M. Meriweather, United States Magistrate Judge
                                             *Printed name and title*

| **Return** | | |
|---|---|---|
| *Case No.:* <br> 18-ml-873 | *Date and time warrant executed:* <br> 12/13/2018 0:00 am | *Copy of warrant and inventory left with:* <br> Google Law Enforcement Portal |

*Inventory made in the presence of :* <br>
Supervisory Special Agent, Javier Almodóvar

*Inventory of the property taken and name of any person(s) seized:*

The FBI executed a search warrant on Google LLC via the law enforcement portal on December 13, 2018. In response, on December 27, 2018 Google LLC provided production returns containing information associated with Google accounts identified by porteco.sofia@gmail.com, sofianeirynck@gmail.com, belfortltd@gmail.com, eoodsm@gmail.com, sabeta03250@gmail.com, bernard.alain65@gmail.com, gerd.moyson@gmail.com, and debouwer2014@gmail.co that is stored at the premises owned, maintained, controlled, or operated by Google LLC, 1600 Amphitheatre Parkway, Mountain View, California.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/21/2019

*Executing officer's signature*

Special Agent, Todd C. Bina
*Printed name and title*